ALLEN v. BEDDINGFIELD

No. 95P95

Case below: 118 N.C.App. 100

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

ATASSI v. ATASSI

No. 74P95

Case below: 117 N.C.App. 506

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

BOST v. VAN NORTWICK

No. 583A94

Case below: 117 N.C.App. 1

Motion by plaintiff to dismiss notice of appeal allowed 6 April 1995.

BUCHANAN TRUCKING CO. v. WEST FLORIDA TRUCK BROKERS

No. 77P95

Case below: 117 N.C.App. 462

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

CANNON v. N.C. STATE BD. OF EDUCATION

No. 48A95

Case below: 117 N.C.App. 399

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 6 April 1995.